RECEIVED
JUN 0 9 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE
BY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY H. ATKINS | CIVIL ACTION NO. 5:98CV0846-WP |
| VS. | JUDGE DONALD E. WALTER |
| SONAT EXPLORATION COMPANY, INTERNATIONAL PETROLEUM DATA SERVICES, GLOBAL GEOPHYSICAL EXPERTS, INC., AND TIDELANDS GEOPHYSICAL CO., INC. | MAGISTRATE JUDGE ROY S. PAYNE |

## NOTICE OF SERVICE OF DISCOVERY

To: Russell Davis, Esq.
Goff, Caskey, Davis & Fallin
Post Office Box 89
Arcadia, LA 71001

NOTICE is hereby given, pursuant to the local rules of this Court, that the Defendant, Tideland Geophysical Co., Inc. has this date served its Response to Plaintiff's Request for Production No. 6 in the above entitled action.

The undersigned retains the original of the above document as custodian thereof.

DATED: June 7, 2000.

Respectfully submitted,

PHELPS DUNBAR, L.L.P.

BY: _____
JOHN P. SNEED (LA #17218)
WILLIAM C. BRABEC (MSB #4240-Pro Hac Vice)
Suite 500, Mtel Centré North
200 S. Lamar Street
P.O. Box 23066
Jackson, MS 39225-3066
Telephone: (601) 352-2300
**COUNSEL FOR TIDELANDS GEOPHYSICAL CO., INC.**

JO 99031573 1

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

Russell Davis, Esq.  
Goff, Caskey, Davis & Fallin  
Post Office Box 89  
Arcadia, LA 71001

John Reeks, Esq.  
Klotz, Simmons & Reeks  
509 Milam  
Shreveport, LA 71101

Global Geophysical Experts, Inc.  
717 N. Harwood St.  
Suite 2710  
Dallas, TX 75201

International Petroleum Data Services  
717 N. Harwood St.  
Suite 2710  
Dallas, TX 75201

This the 7th day of June, 2000.

_____  
JOHN P. SNEED

JO:99031573.1

# PHELPS DUNBAR, L.L.P.
## COUNSELLORS AT LAW

TEXACO CENTER · 400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-3245
(504) 566-1311
FACSIMILES (504) 568-9130 AND (504) 568-9007
TELEX 584125 WU AND 682II55 WUI
CABLE HOWSPENCER

SUITE 701 · 445 NORTH BOULEVARD
P O BOX 4412
BATON ROUGE, LOUISIANA 70821-4412
(225) 346-0285
FACSIMILE (225) 381-9197

SUITE 500 · SKYTEL CENTRE
200 S. LAMAR STREET
P. O. BOX 23066
JACKSON, MISSISSIPPI 39225-3066
(601) 352-2300
FACSIMILE (601) 360-9777

SEVENTH FLOOR · ONE MISSISSIPPI PLAZA
P O BOX 1220
TUPELO, MISSISSIPPI 38802-1220
(662) 842-7907
FACSIMILE (662) 842-3873

SUITE 900 · 3040 POST OAK BOULEVARD
HOUSTON, TEXAS 77056
(713) 626-1386
FACSIMILE (713) 626-1388

SUITE 731 · LEVEL 7
LLOYD'S
I LIME STREET
LONDON EC3M 7DQ ENGLAND
TELEPHONE 01144-207-929-4765
FACSIMILE 01144-207-929-0046
TELEX 987321

RECEIVED
JUN 0 9 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

June 7, 2000

John P. Sneed
Partner
Admitted in Mississippi
and Louisiana
Direct (601) 360-9354

14338-1

Mr. Robert Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

Re: <u>Atkins v. Sonat Exploration Company, et al.</u>; Civil Action No. 5:98CV0846

Dear Mr. Shemwell:

Enclosed for filing in the referenced matter are the original and one copy of the Notice of Service of Tideland Geophysical Co., Inc.'s Response to Plaintiff's Request for Production No. 6. Please return the stamped "filed" copy in the enclosed self-addressed, stamped envelope. If you have any questions, please feel free to call me.

Sincerely,

PHELPS DUNBAR, L.L.P.

John P. Sneed

JPS:ga
Enclosures
cc: All Counsel of Record

PD3-98:28237.1