IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

TIMOTHY H. ATKINS                                CIVIL ACTION NO. 98-0846

versus                                                     JUDGE WALTER

SONAT EXPLORATION CO.,                    MAGISTRATE JUDGE PAYNE
ET AL.

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

IT IS ORDERED that the above captioned matter is hereby DISMISSED without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. Any motion that may be pending in this case is hereby denied as Moot.

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared in this action.

THUS DONE and SIGNED at Shreveport, Louisiana, this 9th day of June, 2000.

COPY SENT:
DATE: 6/12/00
BY: DB
TO: Davis
    Peeks
    International Petro
    Global Geophys Inc
    Sneed
    Reid

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE