U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUL 24 2000

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY H. ATKINS<br>　　PLAINTIFF | CIVIL ACTION NO. 98-CV0846-WP |
| VERSUS | JUDGE DONALD W. WALTER |
| SONAT EXPLORATION COMPANY,<br>INTERNATIONAL PETROLEUM DATA<br>SERVICES, GLOBAL GEOPHYSICAL<br>EXPERTS, INC., AND TIDELANDS<br>GEOPHYSICAL CO., INC.<br>　　DEFENDANTS | MAGISTRATE ROY S. PAYNE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED.R.CIV.P.41(a)(1)(ii), Plaintiff Timothy H. Atkins and Defendants Sonat Exploration Company and Tidelands Geophysical Co., Inc. hereby stipulate to the dismissal with prejudice of all claims asserted by the plaintiff herein against any and all defendants, with each party to bear his or its respective costs.

SO STIPULATED this 21st day of July, 2000.



_____
H. RUSSELL DAVIS (LA #4725)
Goff, Caskey, Davis & Fallin
Post Office Box 89
Arcadia, LA  71001
(318) 263-9555

COUNSEL FOR TIMOTHY H. ATKINS

_____
JOHN P. SNEED (LA #17218)
Phelps Dunbar, L.L.P.
Post Office Box 23066
Jackson, MS 39225-3066
(601) 352-2300

COUNSEL FOR TIDELANDS
GEOPHYSICAL COMPANY, INC.

_____
JOHN REEKS, JR. (LA #11134)
Klotz, Simmons & Reeks
509 Milam Street
Shreveport, LA  71101
(318) 221-1507

COUNSEL FOR SONAT EXPLORATION
COMPANY

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing Stipulation of Dismissal with Prejudice was served on the counsel of record listed below by placing same in the United States Mail, postage prepaid and properly affixed thereto.

Shreveport, Louisiana, this the 24th day of July, 2000.

_____
OF COUNSEL

**COUNSEL OF RECORD:**

Mr. H. Russell Davis
Goff, Caskey, Davis & Fallin
P. O. Box 89
Arcadia, LA  71001

Mr. William C. Brabec
Mr. John P. Sneed
Phelps Dunbar, L.L.P.
P. O. Box 23066
Jackson, MS  39225-3066
        and
Mr. Scott Reib
Griffin, Whitten, Jones & Reib
218 N. Elm
Denton, TX 76201
Attorneys for Tidelands Geophysical Co., Inc.

International Petroleum Data Services
717 N. Harwood Street
Suite 2710
Dallas, TX 75201
Unrepresented

Global Geophysical Experts, Inc.
717 N. Harwood Street
Suite 2710
Dallas, TX 75201
Unrepresented